# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TINA L. ROBINSON-ADAIR,

      Plaintiff,

vs.                                                                  No. CIV 12-0969 JB/LAM

CITY OF BLOOMFIELD, NEW MEXICO,

      Defendant.

### <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on the Order of Dismissal with Prejudice, filed November 18, 2014 (Doc. 46)("Order").  The Order granted Plaintiff Tina L. Robinson-Adair's Unopposed Motion to Dismiss with Prejudice, filed November 17, 2014 (Doc. 45).  <u>See</u> Order at 1.  Because the Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

E. Justin Pennington
E. Justin Pennington Law Offices
Albuquerque, New Mexico

    *Attorney for the Plaintiff*

Mark D. Jarmie
Mark D. Standridge
Jarmie & Associates
Albuquerque, New Mexico

    *Attorneys for the Defendant*